## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| ROBERT BOWEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) CV-05-21 |
| AMERICAN MEDICAL SECURITY, INC.; | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S MOTION TO COMPEL

COMES NOW the Plaintiff, Robert Bowen, and moves this court for an order, pursuant to Alabama Rule of Civil Procedure 37, compelling the Defendants American Medical Security, Inc. and United Wisconsin Life Insurance Company to answer interrogatories and respond to request for documents propounded on the Defendant on January 31, 2005.

1. The Defendant has failed or refused to answer within the time prescribed by Alabama Rules of Civil Procedure.

2. Plaintiff's counsel has provided a fifteen-day notification to the Defendant of their failure to respond.

WHEREFORE, the Plaintiff moves this court for an order compelling the Defendants American Medical Security, Inc. and United Wisconsin Life Insurance Company to answer interrogatories and respond to request for documents.

TED L. MANN
Attorney for Plaintiff,
Robert Bowen

OF COUNSEL:

Mann, Cowan & Potter, P.C.
Suite 601
2000-B SouthBridge Parkway
Birmingham, AL 35209
(205) 879-9661

## ORAL ARGUMENT REQUESTED.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading on counsel as follows by placing same in the U. S. Mail, properly addressed and first-class postage prepaid:

Keith Thomas, Esq.
P. O. Box 830899
Tuskegee, AL 36083

James E. Fleenor, Jr., Esq.
Harlan F. Winn, III, Esq.
Michael J. Clemmer, Esq.
Battle, Fleenor, Green, Winn & Clemmer, LLP
505 N. 20th St., Ste. 1150
Birmingham, AL 35203

Ricky J. McKinney, Esq.
D. Brian O'Dell, Esq.
Christian W. Hancock, Esq.
Burr & Forman, LLP
3100 SouthTrust Tower
420 N. 20th St.
Birmingham, AL 35203

This the 18 day of May, 2005.

_____
OF COUNSEL

2