IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| ROBERT BOWEN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action #: CV-05-21 |
| AMERICAN MEDICAL SECURITY, INC.; UNITED WISCONSIN LIFE INSURANCE COMPANY; et al., | ) |
| Defendants. | ) |

## NOTICE OF TAKING DEPOSITION

Please take notice that at **10:00 a.m.** on the **16th** day of **March, 2005**, at the offices of Keith Thomas, Esquire, 114 S. Main Street, Tuskegee, Alabama, the Plaintiff will take the deposition of **WILLIAM "KIP" MAY** upon oral examination pursuant to Rule 30 of the Alabama Rules of Civil Procedure, for the purpose of discovery, or for use as evidence in this action, or for both purposes, before a court reporter, a Notary Public, or before some other officer authorized by law to administer oaths.

TED L. MANN
Attorney for Plaintiff

OF COUNSEL:

Mann, Cowan & Potter, P.C.
Suite 601
2000-B SouthBridge Parkway
Birmingham, AL 35209
(205) 879-9661

cc: Mike Jarvis, American Court Reporting Service

**PLEASE SERVE THE SUMMONS AND COMPLAINT, TOGETHER WITH ALL DISCOVERY, BY CERTIFIED MAIL.**


EXHIBIT 1

## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| ROBERT BOWEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action #: _____ |
| AMERICAN MEDICAL SECURITY, INC.; UNITED WISCONSIN LIFE INSURANCE COMPANY; et al., | ) ) ) ) |
| Defendants. | ) ) |

### NOTICE OF TAKING DEPOSITION

Please take notice that at **11:00 a.m.** on the **16th** day of **March, 2005**, at the offices of Keith Thomas, Esquire, 114 S. Main Street, Tuskegee, Alabama, the Plaintiff will take the deposition of **DAWN JADIN** upon oral examination pursuant to Rule 30 of the Alabama Rules of Civil Procedure, for the purpose of discovery, or for use as evidence in this action, or for both purposes, before a court reporter, a Notary Public, or before some other officer authorized by law to administer oaths.

_____
TED L. MANN
Attorney for Plaintiff

OF COUNSEL:

Mann, Cowan & Potter, P.C.
Suite 601
2000-B SouthBridge Parkway
Birmingham, AL 35209
(205) 879-9661

cc: Mike Jarvis, American Court Reporting Service

**PLEASE SERVE THE SUMMONS AND COMPLAINT, TOGETHER WITH ALL DISCOVERY, BY CERTIFIED MAIL.**

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| ROBERT BOWEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action #: _____ |
| AMERICAN MEDICAL SECURITY, INC.; UNITED WISCONSIN LIFE INSURANCE COMPANY; et al., | ) ) ) ) |
| Defendants. | ) ) |

### NOTICE OF TAKING DEPOSITION

Please take notice that at **1:00 p.m.** on the **16th** day of **March, 2005,** at the offices of Keith Thomas, Esquire, 114 S. Main Street, Tuskegee, Alabama, the Plaintiff will take the deposition of **SAM MILLER** upon oral examination pursuant to Rule 30 of the Alabama Rules of Civil Procedure, for the purpose of discovery, or for use as evidence in this action, or for both purposes, before a court reporter, a Notary Public, or before some other officer authorized by law to administer oaths.

_____
TED L. MANN
Attorney for Plaintiff

OF COUNSEL:

Mann, Cowan & Potter, P.C.
Suite 601
2000-B SouthBridge Parkway
Birmingham, AL 35209
(205) 879-9661

cc: Mike Jarvis, American Court Reporting Service

**PLEASE SERVE THE SUMMONS AND COMPLAINT, TOGETHER WITH ALL DISCOVERY, BY CERTIFIED MAIL.**

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| ROBERT BOWEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN MEDICAL SECURITY, INC.; )<br>UNITED WISCONSIN LIFE INSURANCE )<br>COMPANY; et al., )<br>)<br>Defendants. ) | Civil Action #: _____ |

### NOTICE OF TAKING DEPOSITION

Please take notice that at **2:00 p.m.** on the **16th** day of **March, 2005**, at the offices of Keith Thomas, Esquire, 114 S. Main Street, Tuskegee, Alabama, the Plaintiff will take the deposition of **JOHN MCVEY** upon oral examination pursuant to Rule 30 of the Alabama Rules of Civil Procedure, for the purpose of discovery, or for use as evidence in this action, or for both purposes, before a court reporter, a Notary Public, or before some other officer authorized by law to administer oaths.

/s/ _____
TED L. MANN
Attorney for Plaintiff

OF COUNSEL:

Mann, Cowan & Potter, P.C.
Suite 601
2000-B SouthBridge Parkway
Birmingham, AL 35209
(205) 879-9661

cc: Mike Jarvis, American Court Reporting Service

**PLEASE SERVE THE SUMMONS AND COMPLAINT, TOGETHER WITH ALL DISCOVERY, BY CERTIFIED MAIL.**

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| ROBERT BOWEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action #: _____ |
| AMERICAN MEDICAL SECURITY, INC.; UNITED WISCONSIN LIFE INSURANCE COMPANY; et al., | ) ) ) ) |
| Defendants. | ) ) |

### NOTICE OF TAKING DEPOSITION

Please take notice that at **10:00 a.m.** on the **17th** day of **March, 2005**, at the offices of Keith Thomas, Esquire, 114 S. Main Street, Tuskegee, Alabama, the Plaintiff will take the deposition of **MICHAEL ZERBEL** upon oral examination pursuant to Rule 30 of the Alabama Rules of Civil Procedure, for the purpose of discovery, or for use as evidence in this action, or for both purposes, before a court reporter, a Notary Public, or before some other officer authorized by law to administer oaths.

/s/ Ted L. Mann
TED L. MANN
Attorney for Plaintiff

OF COUNSEL:

Mann, Cowan & Potter, P.C.
Suite 601
2000-B SouthBridge Parkway
Birmingham, AL 35209
(205) 879-9661

cc: Mike Jarvis, American Court Reporting Service

**PLEASE SERVE THE SUMMONS AND COMPLAINT, TOGETHER WITH ALL DISCOVERY, BY CERTIFIED MAIL.**

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| ROBERT BOWEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN MEDICAL SECURITY, INC.; )<br>UNITED WISCONSIN LIFE INSURANCE )<br>COMPANY; et al., )<br>)<br>Defendants. ) | Civil Action #: _____ |

### NOTICE OF TAKING DEPOSITION

Please take notice that at **11:00 a.m.** on the **17th** day of **March, 2005**, at the offices of Keith Thomas, Esquire, 114 S. Main Street, Tuskegee, Alabama, the Plaintiff will take the deposition of **JAMES MODAFF** upon oral examination pursuant to Rule 30 of the Alabama Rules of Civil Procedure, for the purpose of discovery, or for use as evidence in this action, or for both purposes, before a court reporter, a Notary Public, or before some other officer authorized by law to administer oaths.

_____
TED L. MANN
Attorney for Plaintiff

OF COUNSEL:

Mann, Cowan & Potter, P.C.
Suite 601
2000-B SouthBridge Parkway
Birmingham, AL 35209
(205) 879-9661

cc: Mike Jarvis, American Court Reporting Service

**PLEASE SERVE THE SUMMONS AND COMPLAINT, TOGETHER WITH ALL DISCOVERY, BY CERTIFIED MAIL.**

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| ROBERT BOWEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action #: _____ |
| | ) |
| AMERICAN MEDICAL SECURITY, INC.; | ) |
| UNITED WISCONSIN LIFE INSURANCE | ) |
| COMPANY; et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF TAKING DEPOSITION

Please take notice that at **1:00 p.m.** on the **17th** day of **March, 2005**, at the offices of Keith Thomas, Esquire, 114 S. Main Street, Tuskegee, Alabama, the Plaintiff will take the deposition of **TIM MOORE** upon oral examination pursuant to Rule 30 of the Alabama Rules of Civil Procedure, for the purpose of discovery, or for use as evidence in this action, or for both purposes, before a court reporter, a Notary Public, or before some other officer authorized by law to administer oaths.

TED L. MANN
Attorney for Plaintiff

OF COUNSEL:

Mann, Cowan & Potter, P.C.
Suite 601
2000-B SouthBridge Parkway
Birmingham, AL 35209
(205) 879-9661

cc: Mike Jarvis, American Court Reporting Service

**PLEASE SERVE THE SUMMONS AND COMPLAINT, TOGETHER WITH ALL DISCOVERY, BY CERTIFIED MAIL.**