```
AVS309              ALABAMA JUDICIAL DATA CENTER
                          MARSHALL      COUNTY
                             TRANSMITTAL
                                                    CV 2003 000315.00
                                                    DAVID J. EVANS, JR.
    -------------------------------------------------------------------
    |         IN THE CIRCUIT COURT OF MARSHALL           COUNTY       |
    | BOBBY TIDMORE, ET AL. VS. AMERICAN MEDICAL SECURITY, ET AL.     |
    |                                                                 |
    | TO: WINN HARLAN FRANK III           ATTORNEY FORD001: AMERICAN M|
    |     P O BOX 830719                                              |
    |     BIRMINGHAM  AL   35263                                      |
    |                                                                 |
    -------------------------------------------------------------------
    |                                                                 |
    | 12/18/03  MOTION TO STRIKE JURY DEMAND AS TO AMSOUTH GRANTED.   |
    |               /S/ EVANS, JUDGE                                  |
    |                                                                 |
    |                                                                 |
    |                                                                 |
    |    NOTICE DATE: 01/02/2004      CLERK:SHERRY GRIEF              |
    |                                       P O BOX 249               |
    |                                       GUNTERSVILLE  AL   35976  |
    |                                       (256)571-7785             |
    -------------------------------------------------------------------
OPERATOR: DIH
PREPARED: 01/02/2004
```



IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
EUFAULA DIVISION

| | |
|---|---|
| BERNARD C. COX and DOROTHY COX, )<br><br>Plaintiffs, )<br><br>v. )<br><br>AMERICAN MEDICAL SECURITY, )<br>UNITED WISCONSIN LIFE )<br>INSURANCE COMPANY, )<br>AMSOUTH BANK, N.A., BRENDA )<br>STEWART, et al. )<br><br>Defendants. ) | CV- 2003-155 |

### ORDER GRANTING AMSOUTH'S MOTION TO STRIKE JURY DEMAND

The Court, having reviewed AmSouth Bank's Motion to Strike the jury demand made against it, believes the Motion is well-taken and due to be granted. Thus, AmSouth Bank's Motion to Strike the jury demand made against it is hereby GRANTED.

DONE this the 13th day of November, 2003.

_____
Circuit Judge

cc: Harlan F. Winn, III, Esq.
    Chris Cochran, Esq.


FILED
NOV 13 2003
DAVID S. NIX, CLERK
BARBOUR COUNTY, ALABAMA

1163887

IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
EUFAULA DIVISION

| | |
|---|---|
| PAUL HELMS, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO.: CV-02-189 |
| v. | ) |
| | ) |
| AMERICAN MEDICAL SECURITY, | ) |
| GROUP, INC.; UNITED WISCONSIN | ) |
| LIFE INSURANCE COMPANY; | ) |
| RONALD MIKE STELL; G. PERRY | ) |
| GREEN, JR.; AMSOUTH BANK; et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER GRANTING AMSOUTH'S MOTION TO STRIKE JURY DEMAND

The Court, having reviewed AmSouth Bank's Motion to Strike the jury demand made against it, believes the Motion is well-taken and due to be granted. Thus, AmSouth Bank's Motion to Strike the jury demand made against it is hereby GRANTED.

DONE this the 13th day of November, 2003.

_____
Circuit Judge

cc: Harlan F. Winn, III, Esq.
    Chris Cochran, Esq.



FILED
NOV 13 2003
DAVID S. NIX, CLERK
BARBOUR COUNTY, ALABAMA

1163882

IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
EUFAULA DIVISION

| | |
|---|---|
| ASHWIN ALLEN PATEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: 03-5 |
| v. ) | |
| ) | |
| AMERICAN MEDICAL SECURITY, ) | |
| INC.; UNITED WISCONSIN LIFE ) | |
| INSURANCE CO.; AMSOUTH BANK, ) | |
| N.A.; et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER GRANTING AMSOUTH'S MOTION TO STRIKE JURY DEMAND

The Court, having reviewed AmSouth Bank's Motion to Strike the jury demand made against it, believes the Motion is well-taken and due to be granted. Thus, AmSouth Bank's Motion to Strike the jury demand made against it is hereby GRANTED.

DONE this the 13th day of November, 2003.

_____
Circuit Judge

cc: Harlan F. Winn, III, Esq.
Chris Cochran, Esq.
Stephen E. Whitehead, Esq.



FILED
NOV 13 2003
DAVID S. NIX, CLERK
BARBOUR COUNTY, ALABAMA

1163884

IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
EUFAULA DIVISION

| | |
|---|---|
| ROBERT T. BENNETT, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) CIVIL ACTION NO.: |
| | ) CV-01-269 |
| UNITED WISCONSIN LIFE | ) |
| INSURANCE COMPANY, et al., | ) |
| Defendants. | ) |

## ORDER GRANTING AMSOUTH'S MOTION TO STRIKE JURY DEMAND

The Court, having reviewed AmSouth Bank's Motion to Strike the jury demand made against it, believes the Motion is well-taken and due to be granted. Thus, AmSouth Bank's Motion to Strike the jury demand made against it is hereby GRANTED.

DONE this the 21st day of July, 2003.

_____
Circuit Judge

cc: James E. Fleenor, Jr., Esq.
    Harlan F. Winn, III, Esq.
    Ricky J. McKinney, Esq.
    W. Lee Pittman, Esq.
    Chris T. Hellums, Esq.
    C. Carter Clay, Esq.
    Stephen E. Whitehead, Esq.

1124134