IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

CURTIS B. DAVIS,  *

    PLAINTIFF  *

v.  *  CASE NO. CV-03-770-WHR

AMERICAN MED. SEC., INC., et al, *

    DEFENDANTS  *

### O R D E R

"Defendants United Wisconsin Life Insurance Company and American Medical Security, Inc.'s Motion to Dismiss" is hereby DENIED. Said Defendants are each given thirty (30) days to answer.

DONE this the 7th day of July 2003.



WILLIAM H. RHEA, III, CIRCUIT JUDGE

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Order upon the following on this the 7th day of July 2003.

Sue W. Hall, Judicial Assistant to
William H. Rhea, III, Circuit Judge

xc: Ted Mann, Esquire
2000-B SouthBridge Parkway, Suite 601
Birmingham, AL 35209

Michael J. Clemmer, Esquire
3100 SouthTrust Tower
420 No. 20th Street
Birmingham, AL 35203



EXHIBIT A

On-Line SJIS Case Detail: MANN, COWAN & POTTER, P.C.  Page 1 of 6

 *alacourt.com's*

## OffLine Case Detail

## Complete Through 10/13/2004



You can check this case in the RealTime System here

| Case | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| County | 48 - Marengo | Case Number | CV200200010300 | JID | -EH | Trial | J | |
| Style | BARBARA M PATTERSON VS AMERICAN MEDICAL SECURITY, ET AL | | | | | | | |
| Code | TBFM | Type | BAD FAITH/FRAUD/MISR | Filed | 5/29/2002 | Track | | |
| Amount | | Status | A | Plaintiffs | 001 | Defendants | 004 | |
| DJID | | Court Action | | | | For | | |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | No. Damages | | |
| Trial Days | 0000 | Lien | | | | | | |

| Settings | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date 1 | 1/6/2005 | Que 1 | 001 | Time 1 | 0900 A | Description | PTRC - PRETRIAL CONFERENCE |
| Date 2 | 5/28/2003 | Que 2 | 001 | Time 2 | 0130 P | Description | MOTD - MOTION DOCKET |
| Date 3 | 9/30/2004 | Que 3 | 001 | Time 3 | 0900 A | Description | PTRC - PRETRIAL CONFERENCE |
| Date 4 | | Que 4 | | Time 4 | | Description | |
| Cont Date | 10/5/2004 | Why | | | | Cont # | 11 |
| RevJmt | | Admin Date | | Why | | | |
| Appeal Date | | CRT | | Case | 000000000000 | | |
| TBNV1 | | TBNV2 | | DSDT | | DTYP | |
| Comment 1 | | | | | | | |
| Comment 2 | | | | | | | |

| Party 1 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | C001 | Name | PATTERSON BARBARA M | | | Type | I |
| INDX | D AMERICAN MED | ANAM | | | | JID | -EH |
| SSN | XXX-XX- | Address 1 | | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL | | | Phone | 334-000-0000 |
| Atty 1 | MAN021 | Atty 2 | GIB028 | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

| Party 2 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | D001 | Name | AMERCIAN MEDICAL SECURITY, INC. | | | Type | B |
| INDX | C PATTERSON, B | ANAM | | | | JID | -EH |
| SSN | XXX-XX- | Address 1 | C/O THE CORPORATION CO | | | Sex | |
| DOB | | Address 2 | 2000 INTERSTATE PK DR | | | Race | |
| Country | US | City | MONTGOMERY, AL 36109 | | | Phone | 334-000-0000 |
| Atty 1 | FLE013 | Atty 2 | MCK030 | Atty 3 | MUD005 | Atty 4 | MET011 |
| Atty 5 | WIN023 | Atty 6 | CLE029 | | | | |
| Issued | 5/29/2002 | Type | C | Reissue | | Type | |
| Return | | Type | | Return | | Type | |

| Service | 5/30/2002 | Type | C | Serv On | | By | |
|---|---|---|---|---|---|---|---|
| Answer | 7/1/2002 | Type | D | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 3**

| Party | D002 | Name | UNITED WISCONSIN LIFE INSURANCE CO. | | | Type | B |
|---|---|---|---|---|---|---|---|
| INDX | C PATTERSON, B | ANAM | | | | JID | -EH |
| SSN | XXX-XX- | Address 1 | C/O THE CORPORATION CO | | | Sex | |
| DOB | | Address 2 | 2000 INTERSTATE PK DRIVE | | | Race | |
| Country | US | City | MONTGOMERY AL 36109 | | | Phone | 334-000-0000 |
| Atty 1 | FLE013 | Atty 2 | MCK030 | Atty 3 | MUD005 | Atty 4 | WIN023 |
| Atty 5 | CLE029 | Atty 6 | | | | | |
| Issued | 5/29/2002 | Type | C | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 5/30/2002 | Type | C | Serv On | | By | |
| Answer | 7/1/2002 | Type | D | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 4**

| Party | D003 | Name | BILL DAVIS INSURANCE | | | Type | B |
|---|---|---|---|---|---|---|---|
| INDX | C PATTERSON, B | ANAM | | | | JID | -EH |
| SSN | XXX-XX- | Address 1 | 401 NORTH 6TH STREET | | | Sex | |
| DOB | | Address 2 | P. O. BO 407 | | | Race | |
| Country | US | City | CLANTON AL 35045 | | | Phone | 334-000-0000 |
| Atty 1 | WOL012 | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 5/29/2002 | Type | C | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 5/30/2002 | Type | C | Serv On | | By | |
| Answer | 7/30/2002 | Type | D | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 5**

| Party | D004 | Name | DAVIS BILL | | | Type | I |
|---|---|---|---|---|---|---|---|
| INDX | C PATTERSON, B | ANAM | | | | JID | -EH |
| SSN | XXX-XX- | Address 1 | 401 NORTH 6TH STREET | | | Sex | |
| DOB | | Address 2 | P.O. BOX 407 | | | Race | |
| Country | US | City | CLANTON AL 35045 | | | Phone | 334-000-0000 |
| Atty 1 | WOL012 | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 5/29/2002 | Type | C | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 5/30/2002 | Type | C | Serv On | | By | |
| Answer | 7/30/2002 | Type | D | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Case Action Summary**

| Date | Code | Comments | Operator |
|---|---|---|---|
| 5/29/2002 10:49:06 AM | ASSJ | ASSIGNED TO JUDGE: EDDIE HARDAWAY (AV01) | JAW |
| 5/29/2002 10:49:07 AM | TDMJ | JURY TRIAL REQUESTED (AV01) | JAW |

| Date/Time | Code | Description | User |
|---|---|---|---|
| 5/29/2002 10:49:08 AM | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | JAW |
| 5/29/2002 10:49:09 AM | DAT1 | SET FOR: PRETRIAL CONFERENCE ON 10/02/2002 AT 090 | JAW |
| 5/29/2002 10:49:10 AM | ORIG | ORIGIN: INITIAL FILING (AV01) | JAW |
| 5/29/2002 10:52:35 AM | PART | PATTERSON BARBARA M ADDED AS C001 (AV02) | JAW |
| 5/29/2002 10:54:48 AM | PART | AMERCIAN MEDICAL SECURITY, INC. ADDED AS D001 | JAW |
| 5/29/2002 10:54:48 AM | PART | AMERCIAN MEDICAL SECURITY, INC. ADDED AS D001 | JAW |
| 5/29/2002 10:54:48 AM | PART | AMERCIAN MEDICAL SECURITY, INC. ADDED AS D001 | JAW |
| 5/29/2002 10:54:49 AM | SUMM | CERTIFIED MAI ISSUED: 05/29/2002 TO D001 (AV02) | JAW |
| 5/29/2002 10:55:44 AM | PART | UNITED WISCONSIN LIFE INSURANCE CO. ADDED AS D002 | JAW |
| 5/29/2002 10:55:44 AM | PART | UNITED WISCONSIN LIFE INSURANCE CO. ADDED AS D002 | JAW |
| 5/29/2002 10:55:44 AM | PART | UNITED WISCONSIN LIFE INSURANCE CO. ADDED AS D002 | JAW |
| 5/29/2002 10:55:45 AM | SUMM | CERTIFIED MAI ISSUED: 05/29/2002 TO D002 (AV02) | JAW |
| 5/29/2002 10:57:17 AM | PART | BILL DAVIS INSURANCE ADDED AS D003 (AV02) | JAW |
| 5/29/2002 10:57:18 AM | SUMM | CERTIFIED MAI ISSUED: 05/29/2002 TO D003 (AV02) | JAW |
| 5/29/2002 10:58:04 AM | PART | DAVIS BILL ADDED AS D004 (AV02) | JAW |
| 5/29/2002 10:58:05 AM | SUMM | CERTIFIED MAI ISSUED: 05/29/2002 TO D004 (AV02) | JAW |
| 5/29/2002 10:59:16 AM | ATTY | LISTED AS ATTORNEY FOR C001: MANN TEDDY LEE (AV02) | JAW |
| 5/29/2002 11:00:40 AM | TEXT | LISTED AS ATTORNEY FOR C001: GIBBS JOHN MARCUS | JAW |
| 5/29/2002 11:00:40 AM | TEXT | LISTED AS ATTORNEY FOR C001: GIBBS JOHN MARCUS | JAW |
| 5/29/2002 11:01:34 AM | CASP | CASE ACTION SUMMARY PRINTED (AV02) | JAW |
| 5/29/2002 11:02:13 AM | TEXT | PLAINTIFFS CONSOLIDATED INTERROGATORIES AND | JAW |
| 5/29/2002 11:02:13 AM | TEXT | PLAINTIFF'S CONSOLIDATED INTERROGATORIES AND | JAW |
| 5/29/2002 11:02:14 AM | TEXT | REQUEST FOR PRODUCTION OF DOCUMENTS FILED BY ATTYS | JAW |
| 5/29/2002 11:02:15 AM | TEXT | MANN & GIBBS. | JAW |
| 5/29/2002 11:02:15 AM | TEXT | MANN & GIBBS. | JAW |
| 5/30/2002 9:01:36 AM | DAT3 | SET FOR: PRETRIAL CONFERENCE ON 10/02/2002 AT 090 | DER |
| 5/31/2002 11:17:34 AM | SERC | SERVICE OF CERTIFIED MAI ON 05/30/2002 FOR D001 | JAW |
| 5/31/2002 11:17:34 AM | SERC | SERVICE OF CERTIFIED MAI ON 05/30/2002 FOR D001 | JAW |
| 5/31/2002 11:17:43 AM | SERC | SERVICE OF CERTIFIED MAI ON 05/30/2002 FOR D002 | JAW |
| 5/31/2002 11:17:43 AM | SERC | SERVICE OF CERTIFIED MAI ON 05/30/2002 FOR D002 | JAW |
| 6/4/2002 10:10:31 AM | SERC | SERVICE OF CERTIFIED MAI ON 05/30/2002 FOR D004 | JAW |
| 6/4/2002 10:10:31 AM | SERC | SERVICE OF CERTIFIED MAI ON 05/30/2002 FOR D004 | JAW |
| 6/4/2002 10:10:31 AM | SERC | SERVICE OF CERTIFIED MAI ON 05/30/2002 FOR D004 | JAW |
| 6/4/2002 10:10:42 AM | SERC | SERVICE OF CERTIFIED MAI ON 05/30/2002 FOR D003 | JAW |
| 6/4/2002 10:10:42 AM | SERC | SERVICE OF CERTIFIED MAI ON 05/30/2002 FOR D003 | JAW |
| 6/4/2002 10:10:42 AM | SERC | SERVICE OF CERTIFIED MAI ON 05/30/2002 FOR D003 | JAW |
| 7/1/2002 1:16:08 PM | ATTY | LISTED AS ATTORNEY FOR D001: FLEENOR JAMES E JR | JAW |
| 7/1/2002 1:16:08 PM | ATTY | LISTED AS ATTORNEY FOR D001: FLEENOR JAMES E JR | JAW |
| 7/1/2002 1:16:08 PM | ATTY | LISTED AS ATTORNEY FOR D001: FLEENOR JAMES E JR | JAW |
| 7/1/2002 1:16:09 PM | ATTY | LISTED AS ATTORNEY FOR D001: MCKINNEY RICKY J | JAW |
| 7/1/2002 1:16:09 PM | ATTY | LISTED AS ATTORNEY FOR D001: MCKINNEY RICKY J | JAW |
| 7/1/2002 1:16:09 PM | ATTY | LISTED AS ATTORNEY FOR D001: MCKINNEY RICKY J | JAW |
| 7/1/2002 1:16:10 PM | ANSW | ANSWER OF COMP DENIED ON 07/01/2002 FOR D001(AV02) | JAW |
| 7/1/2002 1:16:11 PM | ATTY | LISTED AS ATTORNEY FOR D001: MUDANO MITCHELL SEBA | JAW |
| 7/1/2002 1:16:11 PM | ATTY | LISTED AS ATTORNEY FOR D001: MUDANO MITCHELL SEBA | JAW |
| 7/1/2002 1:16:11 PM | ATTY | LISTED AS ATTORNEY FOR D001: MUDANO MITCHELL SEBA | JAW |
| 7/1/2002 1:17:40 PM | ATTY | LISTED AS ATTORNEY FOR D002: FLEENOR JAMES E JR | JAW |
| 7/1/2002 1:17:40 PM | ATTY | LISTED AS ATTORNEY FOR D002: FLEENOR JAMES E JR | JAW |
| 7/1/2002 1:17:40 PM | ATTY | LISTED AS ATTORNEY FOR D002: FLEENOR JAMES E JR | JAW |
| 7/1/2002 1:17:41 PM | ATTY | LISTED AS ATTORNEY FOR D002: MCKINNEY RICKY J | JAW |
| 7/1/2002 1:17:41 PM | ATTY | LISTED AS ATTORNEY FOR D002: MCKINNEY RICKY J | JAW |
| 7/1/2002 1:17:41 PM | ATTY | LISTED AS ATTORNEY FOR D002: MCKINNEY RICKY J | JAW |
| 7/1/2002 1:17:42 PM | ATTY | LISTED AS ATTORNEY FOR D002: MUDANO MITCHELL SEBA | JAW |
| 7/1/2002 1:17:42 PM | ATTY | LISTED AS ATTORNEY FOR D002: MUDANO MITCHELL SEBA | JAW |
| 7/1/2002 1:17:42 PM | ATTY | LISTED AS ATTORNEY FOR D002: MUDANO MITCHELL SEBA | JAW |
| 7/1/2002 1:17:43 PM | ANSW | ANSWER OF COMP DENIED ON 07/01/2002 FOR D002(AV02) | JAW |
| 7/3/2002 11:41:41 AM | TEXT | DEFENDANTS FIRST AMENDED ANSWER FILED BY ATTY. | JAW |

| Date/Time | Type | Description | User |
|---|---|---|---|
| 7/3/2002 11:41:42 AM | TEXT | FLEENOR. | JAW |
| 7/30/2002 1:00:59 PM | ATTY | LISTED AS ATTORNEY FOR D003: WOLTER DANIEL SERENU | JAW |
| 7/30/2002 1:01:15 PM | ATTY | LISTED AS ATTORNEY FOR D004: WOLTER DANIEL SERENU | JAW |
| 7/30/2002 1:01:33 PM | ANSW | ANSWER OF COMP DENIED ON 07/30/2002 FOR D003(AV02) | JAW |
| 7/30/2002 1:01:41 PM | ANSW | ANSWER OF COMP DENIED ON 07/30/2002 FOR D004(AV02) | JAW |
| 7/30/2002 1:03:24 PM | TEXT | ANSWER, FIRST INTERROGATORIES TO THE PLAINTIFF, | JAW |
| 7/30/2002 1:03:25 PM | TEXT | AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS | JAW |
| 7/30/2002 1:03:26 PM | TEXT | FILED BY ATTY. WOLTER. | JAW |
| 8/14/2002 1:14:01 PM | TEXT | AMENDED ANSWER FILED BY ATTY. WOLTER ON BEHALF OF | JAW |
| 8/14/2002 1:14:02 PM | TEXT | BILL DAVIS INS. AND BILL DAVIS. | JAW |
| 9/9/2002 2:34:41 AM | DOCK | NOTICE SENT: 09/09/2002 GIBBS JOHN MARCUS | DER |
| 9/9/2002 2:37:59 AM | DOCK | NOTICE SENT: 09/09/2002 MANN TEDDY LEE | DER |
| 9/9/2002 2:38:59 AM | DOCK | NOTICE SENT: 09/09/2002 WOLTER DANIEL SERENUS | DER |
| 9/9/2002 2:38:59 AM | DOCK | NOTICE SENT: 09/09/2002 FLEENOR JAMES E JR | DER |
| 9/9/2002 2:38:59 AM | DOCK | NOTICE SENT: 09/09/2002 MUDANO MITCHELL SEBASTIA | DER |
| 9/9/2002 2:38:59 AM | DOCK | NOTICE SENT: 09/09/2002 MCKINNEY RICKY J | DER |
| 9/9/2002 2:38:59 AM | DOCK | NOTICE SENT: 09/09/2002 FLEENOR JAMES E JR | DER |
| 9/9/2002 2:38:59 AM | DOCK | NOTICE SENT: 09/09/2002 MCKINNEY RICKY J | DER |
| 9/9/2002 2:38:59 AM | DOCK | NOTICE SENT: 09/09/2002 MUDANO MITCHELL SEBASTIA | DER |
| 9/9/2002 2:38:59 AM | DOCK | NOTICE SENT: 09/09/2002 WOLTER DANIEL SERENUS | DER |
| 9/9/2002 2:38:59 AM | DOCK | NOTICE SENT: 09/09/2002 MCKINNEY RICKY J | DER |
| 9/9/2002 2:38:59 AM | DOCK | NOTICE SENT: 09/09/2002 MUDANO MITCHELL SEBASTIA | DER |
| 9/9/2002 2:38:59 AM | DOCK | NOTICE SENT: 09/09/2002 FLEENOR JAMES E JR | DER |
| 10/2/2002 2:59:10 AM | DAT1 | CASE SET ON 01/16/2003 | DER |
| 10/3/2002 12:36:59 AM | TEXT | MOTION TO STAY PROCEEDINGS AND COMPEL ARBITRATION | ELC |
| 10/3/2002 12:36:59 AM | TEXT | FILED BY ATTY. FLEENOR. PLACED ON THE JUDGE'S | ELC |
| 10/3/2002 12:36:59 AM | TEXT | MOTION TO STAY PROCEEDINGS AND COMPEL ARBITRATION | ELC |
| 10/3/2002 12:36:59 AM | TEXT | FILED BY ATTY. FLEENOR. PLACED ON THE JUDGE'S | ELC |
| 10/3/2002 12:38:42 AM | TEXT | DESK. | ELC |
| 10/10/2002 10:53:20 AM | TEXT | NOTICE OF FILING OF AFFIDAVIT & AFFIDAVIT OF | JAW |
| 10/10/2002 10:53:21 AM | TEXT | JOSEPH W. KEEN FILED BY ATTY. FLEENOR. | JAW |
| 10/10/2002 10:53:43 AM | ATTY | LISTED AS ATTORNEY FOR D001: METHENY KRISTIN BRYA | JAW |
| 11/14/2002 9:58:35 AM | TRAN | TRANSMITTAL NOTICE SENT TO DEFENSE ATTORNEY 1 | DER |
| 1/17/2003 1:10:48 PM | DESC | DATE 2 DESC CODE CHANGED TO HEARHEARING | DER |
| 1/17/2003 1:10:49 PM | DOC2 | CASE SET ON 02/03/2003 FOR HEAR | DER |
| 1/17/2003 1:10:50 PM | DOCK | DOCKET NOTICE SENT TO ALL ATTORNEYS | DER |
| 1/23/2003 2:20:59 AM | DAT3 | CASE SET ON 04/30/2003 | DER |
| 1/30/2003 2:19:54 PM | TEXT | PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION TO | JAW |
| 1/30/2003 2:19:55 PM | TEXT | STAY PROCEEDINGS AND COMPEL ARBITRATION FILED | JAW |
| 1/30/2003 2:19:56 PM | TEXT | BY ATTY. MANN. PLACED ON THE JUDGE'S DESK. | JAW |
| 2/4/2003 12:24:38 AM | TEXT | ORDER SIGNED BY JUDGE HARDAWAY DENYING DEFENDANTS | JAW |
| 2/4/2003 12:24:39 AM | TEXT | MOTION TO COMPEL ARBITRATION. DEFENDANTS MOTION | JAW |
| 2/4/2003 12:24:40 AM | TEXT | TO STAY IS LIKEWISE DENIED. COPIES MAILED TO THE | JAW |
| 2/4/2003 12:30:02 AM | TEXT | ATTYS. OF RECORD. | JAW |
| 2/4/2003 12:45:07 AM | TRAN | TRANSMITTAL NOTICE SENT TO ALL ATTORNEYS | JAW |
| 3/3/2003 2:59:16 AM | DOCK | NOTICE SENT: 03/03/2003 FLEENOR JAMES E JR | DER |
| 3/3/2003 2:59:17 AM | DOCK | NOTICE SENT: 03/03/2003 MCKINNEY RICKY J | DER |
| 3/3/2003 2:59:18 AM | DOCK | NOTICE SENT: 03/03/2003 MUDANO MITCHELL SEBASTIA | DER |
| 3/3/2003 2:59:19 AM | DOCK | NOTICE SENT: 03/03/2003 METHENY KRISTIN BRYANCE | DER |
| 3/3/2003 2:59:20 AM | DOCK | NOTICE SENT: 03/03/2003 WOLTER DANIEL SERENUS | DER |
| 3/3/2003 2:59:35 AM | DOCK | NOTICE SENT: 03/03/2003 GIBBS JOHN MARCUS | DER |
| 3/3/2003 2:59:59 AM | DOCK | NOTICE SENT: 03/03/2003 MANN TEDDY LEE | DER |
| 3/12/2003 10:40:23 AM | TEXT | NOTICE OF SERVICE OF DISCOVERY DOCUMENTS(PLAIN- | JAW |
| 3/12/2003 10:40:24 AM | TEXT | TIFF BARBARA M. PATTERSON 'S RESPONSE TO | JAW |
| 3/12/2003 10:40:25 AM | TEXT | DEFENDANT, BILL DAVIS AND BILL DAVIS INSURANCE'S | JAW |
| 3/12/2003 10:40:26 AM | TEXT | FIRST REQUEST FOR PRODUCTION AND PLAINTIFF, | JAW |
| 3/12/2003 10:40:27 AM | TEXT | PLAINTIFF, BARBARA M. PATTERSON'S ANSWERS TO | JAW |

| Date/Time | Type | Description | User |
|---|---|---|---|
| 3/12/2003 10:40:28 AM | TEXT | DEFENDANT, BILL DAVIS AND BILL DAVIS INSURANCE'S | JAW |
| 3/12/2003 10:40:29 AM | TEXT | FIRST INTERROGATORIES) FILED BY ATTY. MANN. | JAW |
| 3/27/2003 4:09:38 PM | TEXT | DEFENDANT'S BILL DAVIS INSURANCE AND BILL DAVIS | JAW |
| 3/27/2003 4:09:39 PM | TEXT | MOTION TO DISMISS, OR IN THE ALTERNATIVE TO | JAW |
| 3/27/2003 4:09:40 PM | TEXT | TRANSFER VENUE FILED BY ATTY. WOLTER. PLACED ON | JAW |
| 3/27/2003 4:09:41 PM | TEXT | THE JUDGE'S DESK. | JAW |
| 4/1/2003 4:03:33 PM | TEXT | LETTER FILED BY ATTY. GREEN | JAW |
| 4/14/2003 1:58:20 PM | TEXT | DEFENDANTS' AMERICAN MEDICAL SECURITY, INC. AND | JAW |
| 4/14/2003 1:58:21 PM | TEXT | UNITED WISCONSIN LIFE INS. CO JOINDER IN MOTION | JAW |
| 4/14/2003 1:58:22 PM | TEXT | TO DISMISS, OR IN THE ALTERNATIVE TO TRANSFER | JAW |
| 4/14/2003 1:58:23 PM | TEXT | VENUE FILED BY ATTY. FLEENOR. AFFIDAVIT OF JULIE | JAW |
| 4/14/2003 1:58:24 PM | TEXT | BARNES FILED. PLACED ON THE JUDGE'S DESK. | JAW |
| 4/29/2003 2:29:18 PM | TEXT | DEFENDANTS' SECOND AMENDED ANSWER ON AMERICAN | JAW |
| 4/29/2003 2:29:19 PM | TEXT | MEDICAL SECURITY, INC. FILED BY ATTY. FLEENOR, | JAW |
| 4/29/2003 2:29:20 PM | TEXT | ATTY. MCKINNEY & ATTY. MUDANO. | JAW |
| 4/30/2003 2:26:59 AM | DAT1 | CASE SET ON 08/07/2003 | DER |
| 5/5/2003 10:32:51 AM | DESC | DATE 2 DESC CODE CHANGED TO MOTDMOTION DOCKET | DER |
| 5/5/2003 10:32:52 AM | DOCK | DOCKET NOTICE SENT TO ALL ATTORNEYS | DER |
| 5/5/2003 10:32:53 AM | DOC2 | CASE SET ON 05/28/2003 FOR MOTD | DER |
| 5/12/2003 2:51:17 AM | DAT1 | CASE SET ON 08/07/2003 | DER |
| 5/12/2003 2:58:13 AM | DAT1 | CASE SET ON 08/11/2003 | DER |
| 5/27/2003 1:45:55 PM | TEXT | PLAINTIFF'S OBJECTION TO DEFENDANTS' BILL DAVIS | JAW |
| 5/27/2003 1:45:56 PM | TEXT | INSURANCE AND BILL DAVIS MOTION, TO DISMISS, OR | JAW |
| 5/27/2003 1:45:57 PM | TEXT | IN THE ALTERNATIVE TO TRANSFER VENUE FILED BY | JAW |
| 5/27/2003 1:45:58 PM | TEXT | ATTY. MANN. PLACED ON THE JUDGE'S DESK. | JAW |
| 6/5/2003 10:58:52 AM | TEXT | NOTICE OF SERVICE OF DISCOVERY DOCUMENTS(NOTICE | JAW |
| 6/5/2003 10:58:53 AM | TEXT | OF DEPOSITION OF BILL DAVIS) FILED BY ATTY. MANN. | JAW |
| 6/19/2003 2:08:00 AM | DOCK | NOTICE SENT: 06/19/2003 GIBBS JOHN MARCUS | DER |
| 6/19/2003 2:09:35 AM | DOCK | NOTICE SENT: 06/19/2003 MANN TEDDY LEE | DER |
| 6/19/2003 2:10:44 AM | DOCK | NOTICE SENT: 06/19/2003 FLEENOR JAMES E JR | DER |
| 6/19/2003 2:10:45 AM | DOCK | NOTICE SENT: 06/19/2003 MCKINNEY RICKY J | DER |
| 6/19/2003 2:10:46 AM | DOCK | NOTICE SENT: 06/19/2003 MUDANO MITCHELL SEBASTIA | DER |
| 6/19/2003 2:10:47 AM | DOCK | NOTICE SENT: 06/19/2003 METHENY KRISTIN BRYANCE | DER |
| 6/19/2003 2:10:48 AM | DOCK | NOTICE SENT: 06/19/2003 WOLTER DANIEL SERENUS | DER |
| 6/26/2003 1:43:50 PM | TRAN | TRANSMITTAL NOTICE SENT TO DEFENSE ATTORNEY 1 | DER |
| 8/11/2003 11:36:47 AM | TEXT | DEFENDANTS' FIRST CONSOLIDATED DISCOVERY REQUESTS | JAW |
| 8/11/2003 11:36:48 AM | TEXT | TO PLAINTIFF FILED BY ATTY. FLEENOR. | JAW |
| 8/12/2003 2:07:13 AM | DAT3 | CASE SET ON 10/02/2003 | DER |
| 8/13/2003 2:27:59 AM | DOCK | NOTICE SENT: 08/13/2003 GIBBS JOHN MARCUS | DER |
| 8/13/2003 2:29:19 AM | DOCK | NOTICE SENT: 08/13/2003 MANN TEDDY LEE | DER |
| 8/13/2003 2:30:26 AM | DOCK | NOTICE SENT: 08/13/2003 FLEENOR JAMES E JR | DER |
| 8/13/2003 2:30:27 AM | DOCK | NOTICE SENT: 08/13/2003 MCKINNEY RICKY J | DER |
| 8/13/2003 2:30:28 AM | DOCK | NOTICE SENT: 08/13/2003 MUDANO MITCHELL SEBASTIA | DER |
| 8/13/2003 2:30:29 AM | DOCK | NOTICE SENT: 08/13/2003 METHENY KRISTIN BRYANCE | DER |
| 8/13/2003 2:30:30 AM | DOCK | NOTICE SENT: 08/13/2003 WOLTER DANIEL SERENUS | DER |
| 8/27/2003 11:48:43 AM | TEXT | RE-NOTICE OF DEPOSITION OF BILL DAVIS FILED BY | JAW |
| 8/27/2003 11:48:44 AM | TEXT | ATTY. MANN. | JAW |
| 10/3/2003 2:07:50 AM | DAT1 | CASE SET ON 01/08/2004 | DER |
| 11/18/2003 2:15:46 AM | DOCK | NOTICE SENT: 11/18/2003 MANN TEDDY LEE | DER |
| 11/18/2003 2:16:21 AM | DOCK | NOTICE SENT: 11/18/2003 GIBBS JOHN MARCUS | DER |
| 11/18/2003 2:16:46 AM | DOCK | NOTICE SENT: 11/18/2003 FLEENOR JAMES E JR | DER |
| 11/18/2003 2:16:47 AM | DOCK | NOTICE SENT: 11/18/2003 MCKINNEY RICKY J | DER |
| 11/18/2003 2:16:48 AM | DOCK | NOTICE SENT: 11/18/2003 MUDANO MITCHELL SEBASTIA | DER |
| 11/18/2003 2:16:49 AM | DOCK | NOTICE SENT: 11/18/2003 METHENY KRISTIN BRYANCE | DER |
| 11/18/2003 2:16:50 AM | DOCK | NOTICE SENT: 11/18/2003 WOLTER DANIEL SERENUS | DER |
| 11/26/2003 10:18:22 AM | TEXT | NOTICE OF SERVICE OF DISCOVERY DOCUMENTS | JAW |
| 11/26/2003 10:18:23 AM | TEXT | (PLAINTIFF'S RE-NOTICE OF DEPOSITION OF BILL | JAW |

| Date/Time | Type | Description | User |
|---|---|---|---|
| 11/26/2003 10:18:24 AM | TEXT | DAVIS) FILED BY ATTY. MANN. | JAW |
| 12/1/2003 2:14:02 PM | TEXT | NOTICE OF SERVICE OF DISCOVERY DOCUMENTS(PLAIN- | JAW |
| 12/1/2003 2:14:03 PM | TEXT | TIFF'S SECOND REQUEST FOR PRODUCTION TO DEFENDANT | JAW |
| 12/1/2003 2:14:04 PM | TEXT | AMERICAN MEDICAL SECURITY, INC AND PLAINTIFF'S | JAW |
| 12/1/2003 2:14:05 PM | TEXT | SECOND REQUEST FOR PRODUCTION TO DEFENDANT, | JAW |
| 12/1/2003 2:14:06 PM | TEXT | UNITED WISCONSIN LIFE INSURANCE CO) FILED BY ATTY. | JAW |
| 12/1/2003 2:14:07 PM | TEXT | MANN. | JAW |
| 12/4/2003 8:46:48 AM | TEXT | MOTION FOR VIDEOTAPED DEPOSITION OF THE PLAINTIFF | JAW |
| 12/4/2003 8:46:49 AM | TEXT | FILED BY ATTY. FLEENOR, ET AL. PLACED ON THE | JAW |
| 12/4/2003 8:46:50 AM | TEXT | JUDGE'S DESK. | JAW |
| 12/15/2003 1:28:21 PM | TEXT | PLAINTIFF'S OBJECTION TO NOTICE OF VIDEO | JAW |
| 12/15/2003 1:28:22 PM | TEXT | DEPOSITION FILED BY ATTY. MANN. PLACED ON THE | JAW |
| 12/15/2003 1:28:23 PM | TEXT | JUDGE'S DESK. | JAW |
| 1/14/2004 10:31:52 AM | TEXT | ORDER SIGNED BY JUDGE HARDAWAY GRANTING MOTION | JAW |
| 1/14/2004 10:31:53 AM | TEXT | TO VIDEOTAPE DEPOSITION OF PLAINTIFF BARBARA | JAW |
| 1/14/2004 10:31:54 AM | TEXT | M. PATTERSON. COPIES MAILED TO THE ATTYS. OF | JAW |
| 1/14/2004 10:31:55 AM | TEXT | RECORD. | JAW |
| 1/14/2004 10:32:05 AM | TRAN | TRANSMITTAL NOTICE SENT TO ALL ATTORNEYS | JAW |
| 1/16/2004 2:08:28 AM | DAT3 | CASE SET ON 04/27/2004 | DER |
| 1/22/2004 11:52:12 AM | TEXT | PLAINTIFF'S RE-NOTICE OF DEPOSITION OF BILL | JAW |
| 1/22/2004 11:52:13 AM | TEXT | DAVIS FILED BY ATTY. MANN. | JAW |
| 1/26/2004 12:02:25 AM | TEXT | RE-NOTICE OF VIDEO DEPOSITION OF BARBARA | JAW |
| 1/26/2004 12:02:26 AM | TEXT | PATTERSON FILED BY ATTYS. WINN, FLEENOR, MCKINNEY | JAW |
| 1/26/2004 12:02:27 AM | TEXT | & MUDANO. | JAW |
| 3/16/2004 1:18:59 AM | DOCK | NOTICE SENT: 03/16/2004 MANN TEDDY LEE | DER |
| 3/16/2004 1:19:04 AM | DOCK | NOTICE SENT: 03/16/2004 GIBBS JOHN MARCUS | DER |
| 3/16/2004 1:19:11 AM | DOCK | NOTICE SENT: 03/16/2004 FLEENOR JAMES E JR | DER |
| 3/16/2004 1:19:13 AM | DOCK | NOTICE SENT: 03/16/2004 MCKINNEY RICKY J | DER |
| 3/16/2004 1:19:14 AM | DOCK | NOTICE SENT: 03/16/2004 MUDANO MITCHELL SEBASTIA | DER |
| 3/16/2004 1:19:15 AM | DOCK | NOTICE SENT: 03/16/2004 METHENY KRISTIN BRYANCE | DER |
| 3/16/2004 1:19:16 AM | DOCK | NOTICE SENT: 03/16/2004 WOLTER DANIEL SERENUS | DER |
| 4/27/2004 1:43:59 AM | DAT1 | CASE SET ON 08/02/2004 | DER |
| 5/11/2004 10:36:30 AM | TRAN | TRANSMITTAL NOTICE SENT TO ALL ATTORNEYS | JAW |
| 6/10/2004 1:13:59 AM | DOCK | NOTICE SENT: 06/10/2004 MANN TEDDY LEE | DER |
| 6/10/2004 1:14:13 AM | DOCK | NOTICE SENT: 06/10/2004 GIBBS JOHN MARCUS | DER |
| 6/10/2004 1:14:20 AM | DOCK | NOTICE SENT: 06/10/2004 FLEENOR JAMES E JR | DER |
| 6/10/2004 1:14:22 AM | DOCK | NOTICE SENT: 06/10/2004 MCKINNEY RICKY J | DER |
| 6/10/2004 1:14:23 AM | DOCK | NOTICE SENT: 06/10/2004 MUDANO MITCHELL SEBASTIA | DER |
| 6/10/2004 1:14:24 AM | DOCK | NOTICE SENT: 06/10/2004 METHENY KRISTIN BRYANCE | DER |
| 6/10/2004 1:14:25 AM | DOCK | NOTICE SENT: 06/10/2004 WOLTER DANIEL SERENUS | DER |
| 8/6/2004 1:36:04 PM | ATTY | LISTED AS ATTORNEY FOR D002: WINN HARLAN FRANK II | JAW |
| 8/6/2004 1:36:05 PM | ATTY | LISTED AS ATTORNEY FOR D002: CLEMMER MICHAEL JAY | JAW |
| 8/6/2004 1:36:57 PM | ATTY | LISTED AS ATTORNEY FOR D001: WINN HARLAN FRANK II | JAW |
| 8/6/2004 1:36:58 PM | ATTY | LISTED AS ATTORNEY FOR D001: CLEMMER MICHAEL JAY | JAW |
| 8/10/2004 1:17:05 AM | DAT3 | CASE SET ON 09/30/2004 | DER |
| 8/18/2004 1:40:59 AM | DOCK | NOTICE SENT: 08/18/2004 MANN TEDDY LEE | DER |
| 8/18/2004 1:40:59 AM | DOCK | NOTICE SENT: 08/18/2004 GIBBS JOHN MARCUS | DER |
| 8/18/2004 1:41:05 AM | DOCK | NOTICE SENT: 08/18/2004 FLEENOR JAMES E JR | DER |
| 8/18/2004 1:41:06 AM | DOCK | NOTICE SENT: 08/18/2004 MCKINNEY RICKY J | DER |
| 8/18/2004 1:41:07 AM | DOCK | NOTICE SENT: 08/18/2004 MUDANO MITCHELL SEBASTIA | DER |
| 8/18/2004 1:41:08 AM | DOCK | NOTICE SENT: 08/18/2004 METHENY KRISTIN BRYANCE | DER |
| 8/18/2004 1:41:09 AM | DOCK | NOTICE SENT: 08/18/2004 WINN HARLAN FRANK III | DER |
| 8/18/2004 1:41:10 AM | DOCK | NOTICE SENT: 08/18/2004 CLEMMER MICHAEL JAY | DER |
| 8/18/2004 1:41:11 AM | DOCK | NOTICE SENT: 08/18/2004 WOLTER DANIEL SERENUS | DER |
| 10/5/2004 1:24:47 AM | DAT1 | CASE SET ON 01/06/2005 | DER |