

*alacourt.com's*

OffLine Case Detail

Complete Through 6/15/2003

Settings   Parties   Witness List

You can check this case in the RealTime System here

| Case | | | | | | | |
|---|---|---|---|---|---|---|---|
| County | 09 - Bullock | Case Number | #CV200200008300 | JID | LBS | Trial | J |
| Style | SHARON JACKSON VS UNITED WISCONSIN LIFE INS CO ET AL | | | | | | |
| Code | TBFM | Type | BAD FAITH/FRAUD/MISR | Filed | 8/21/2002 | Track | |
| Amount | | Status | A | Plaintiffs | 001 | Defendants | 003 |
| DJID | | Court Action | - | | | For | |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | No Damages | |
| Trial Days | 0000 | Lien | | | | | |

| Settings | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date 1 | . | Que 1 | | Time 1 | | Description | - |
| Date 2 | 7/9/2003 | Que 2 | 001 | Time 2 | 0830 A | Description | SCHC - SCHEDULE CONFERENCE |
| Date 3 | | Que 3 | | Time 3 | | Description | - |
| Date 4 | | Que 4 | | Time 4 | | Description | - |
| Cont Date | | Why | | | | Cont # | |
| RevJmt | | Admin Date | | Why | | | |
| Appeal Date | | CRT | | Case | 000000000000 | | |
| TBNV1 | | TBNV2 | | DSDT | | DTYP | |
| Comment 1 | | | | | | | |
| Comment 2 | | | | | | | |

| Party 1 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | C001 | Name | JACKSON SHARON | | | Type | I |
| INDX | D UNITED WISCO | ANAM | | | | JID | LBS |
| SSN | XXX-XX- | Address 1 | | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | UNION SPRINGS AL 36089 | | | Phone | 334-000-0000 |
| Atty 1 | CRO064 | Atty 2 | MIL060 | Atty 3 | DAV140 | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

| Party 2 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | D001 | Name | UNITED WISCONSIN LIFE INS CO | | | Type | B |
| INDX | C JACKSON SHAR | ANAM | | | | JID | LBS |
| SSN | XXX-XX- | Address 1 | 401 WEST MICHIGAN STREET | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | MILWAUKEE WI 53201 | | | Phone | 334-000-0000 |
| Atty 1 | | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 8/21/2002 | Type | C | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 8/26/2002 | Type | A | Serv On | | By | |

EXHIBIT G

| | | | | | |
|---|---|---|---|---|---|
| Answer | | Type | | NS Not | NA Not |
| Warrant | | Type | | Arrest | |
| CACT | | Date | | For | Exep |
| AMT | | Cost | | Other | Satisfied |
| Comment | | | | | |

**Party 3**

| | | | | | |
|---|---|---|---|---|---|
| Party | D002 | Name | AMERICAN MEDICAL SECURITY INC | Type | B |
| INDX | C JACKSON SHAR | ANAM | | JID | LBS |
| SSN | XXX-XX- | Address 1 | 1209 ORANGE STREET | Sex | |
| DOB | | Address 2 | | Race | |
| Country | US | City | WILMINGTON DE 19801 | Phone | 334-000-0000 |
| Atty 1 | | Atty 2 | Atty 3 | Atty 4 | |
| Atty 5 | | Atty 6 | | | |
| Issued | 8/21/2002 | Type | C | Reissue | Type |
| Return | | Type | | Return | Type |
| Service | 8/27/2002 | Type | A | Serv On | By |
| Answer | | Type | | NS Not | NA Not |
| Warrant | | Type | | Arrest | |
| CACT | | Date | | For | Exep |
| AMT | | Cost | | Other | Satisfied |
| Comment | | | | | |

**Party 4**

| | | | | | |
|---|---|---|---|---|---|
| Party | D003 | Name | AMSOUTH BANK | Type | B |
| INDX | C JACKSON SHAR | ANAM | | JID | LBS |
| SSN | XXX-XX- | Address 1 | C/O AMSOUTH HARBERT PLAZA | Sex | |
| DOB | | Address 2 | 1901 SIXTH AVE N, STE 920 | Race | |
| Country | US | City | BIRMINGHAM AL 35203 | Phone | 334-000-0000 |
| Atty 1 | | Atty 2 | Atty 3 | Atty 4 | |
| Atty 5 | | Atty 6 | | | |
| Issued | 8/21/2002 | Type | C | Reissue | Type |
| Return | | Type | | Return | Type |
| Service | 8/23/2002 | Type | A | Serv On | By |
| Answer | | Type | | NS Not | NA Not |
| Warrant | | Type | | Arrest | |
| CACT | | Date | | For | Exep |
| AMT | | Cost | | Other | Satisfied |
| Comment | | | | | |

**Case Action Summary**

| Date | Code | Comments | Operator |
|---|---|---|---|
| 8/21/2002 1:47:56 PM | FILE | FILED THIS DATE: 08/21/2002 (AV01) | CEC |
| 8/21/2002 1:47:57 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | CEC |
| 8/21/2002 1:47:58 PM | ORIG | ORIGIN: REMANDED (AV01) | CEC |
| 8/21/2002 1:47:59 PM | ASSJ | ASSIGNED TO JUDGE: HON. BURT SMITHART (AV01) | CEC |
| 8/21/2002 1:47:59 PM | TDMJ | JURY TRIAL REQUESTED (AV01) | CEC |
| 8/21/2002 1:47:59 PM | ASSJ | ASSIGNED TO JUDGE: HON. BURT SMITHART (AV01) | CEC |
| 8/21/2002 1:47:59 PM | TDMJ | JURY TRIAL REQUESTED (AV01) | CEC |
| 8/21/2002 1:50:11 PM | PART | JACKSON SHARON ADDED AS C001 (AV02) | CEC |
| 8/21/2002 1:50:12 PM | ATTY | LISTED AS ATTORNEY FOR C001: CROW CHRISTINA DIANE | CEC |
| 8/21/2002 1:50:13 PM | ATTY | LISTED AS ATTORNEY FOR C001: MILES WILSON DANIEL | CEC |
| 8/21/2002 1:50:14 PM | ATTY | LISTED AS ATTORNEY FOR C001: DAVIS WILLIAM RICHAR | CEC |
| 8/21/2002 1:52:39 PM | PART | UNITED WISCONSIN LIFE INS CO ADDED AS D001 (AV02) | CEC |
| 8/21/2002 1:52:40 PM | SUMM | CERTIFIED MAI ISSUED: 08/21/2002 TO D001 (AV02) | CEC |
| 8/21/2002 1:55:13 PM | PART | AMERICAN MEDICAL SECURITY INC ADDED AS D002 (AV02) | CEC |
| 8/21/2002 1:55:14 PM | SUMM | CERTIFIED MAI ISSUED: 08/21/2002 TO D002 (AV02) | CEC |
| 8/21/2002 1:57:38 PM | PART | AMSOUTH BANK ADDED AS D003 (AV02) | CEC |
| 8/21/2002 1:57:39 PM | SUMM | CERTIFIED MAI ISSUED: 08/21/2002 TO D003 (AV02) | CEC |
| 8/21/2002 2:07:37 PM | CASP | CASE ACTION SUMMARY PRINTED (AV02) | CEC |
| 8/27/2002 2:31:46 PM | SERC | SERVICE OF AUTHORIZED ON 08/23/2002 FOR D003(AV02) | CEC |

COWAN & POTTER, P.C.                                              Page 3 of 3

| Date/Time | Code | Description | By |
|---|---|---|---|
| 8/29/2002 2:14:15 PM | SERC | SERVICE OF AUTHORIZED ON 08/26/2002 FOR D001(AV02) | CEC |
| 8/30/2002 9:32:13 AM | SERC | SERVICE OF AUTHORIZED ON 08/27/2002 FOR D002(AV02) | CEC |
| 10/7/2002 3:07:14 PM | DAT2 | SET FOR: SCHEDULE CONFERENCE ON 12/09/2002 AT 080 | CEC |
| 11/7/2002 2:15:59 AM | DOCK | NOTICE SENT: 11/07/2002 CROW CHRISTINA DIANE | CEC |
| 11/7/2002 2:17:20 AM | DOCK | NOTICE SENT: 11/07/2002 DAVIS WILLIAM RICHARD | CEC |
| 11/7/2002 2:17:22 AM | DOCK | NOTICE SENT: 11/07/2002 MILES WILSON DANIEL III | CEC |
| 5/30/2003 9:03:06 AM | DAT2 | SET FOR: SCHEDULE CONFERENCE ON 07/09/2003 AT 083 | CEC |
| 6/10/2003 2:25:59 AM | DOCK | NOTICE SENT: 06/10/2003 CROW CHRISTINA DIANE | CEC |
| 6/10/2003 2:27:59 AM | DOCK | NOTICE SENT: 06/10/2003 MILES W DANIEL DEE III | CEC |
| 6/10/2003 2:27:59 AM | DOCK | NOTICE SENT: 06/10/2003 DAVIS WILLIAM RICHARD | CEC |