IN THE SUPREME COURT OF ALABAMA
March 24, 2004

1030945

Ex parte American Medical Security, Inc., United Wisconsin Life Insurance Company, and AmSouth Bank. PETITION FOR WRIT OF MANDAMUS: CIVIL (In re: Sheree Littlefield v. American Medical Security, Inc. et al.) (Barbour Circuit Court: CV-03-08).

ORDER

The petition for writ of mandamus to be directed to the Honorable Burt Smithart, Judge of the Circuit Court of Barbour County, Alabama, and the motion to stay, having been duly filed and submitted to the Court,

IT IS ORDERED that the petition for writ of mandamus and the motion to stay are DENIED.

See, Lyons, Johnstone, Harwood, and Woodall, JJ., concur.

Houston, Brown, and Stuart, JJ., dissent.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 24th day of March, 2004

Robert D Esdale, Sr
Clerk, Supreme Court of Alabama

EXHIBIT C

## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

Robert Bowen  
_____  
Plaintiff

VS.

American Medical  
Security, Inc. et al  
_____  
Defendant

CASE NO. CU 2005-021

FILED IN
CIRCUIT CLERKS OFFICE
MACON COUNTY, AL
2005 MAR 22 P 3:37
EDDIE D. MALLARD
CIRCUIT CLERK

### ORDER

All pending motions _____

is hereby set on the __14th__ day of __April__, 2005, at 9:00 A.M.

A copy of this order shall be sent by the Clerk to counsel of record and to any party appearing pro se.

DONE this the __17__ day of __March__, 2005.

_____  
Circuit Judge