IN THE CIRCUIT COURT OF PERRY COUNTY, ALABAMA

| | |
|---|---|
| MARY L. WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: CV-04-107 |
| AMERICAN MEDICAL SECURITY, INC.; UNITED WISCONSIN LIFE INSURANCE CO., et al., | ) |
| Defendants. | ) |

### ORDER

THIS MATTER, having come before the Court on the Defendants' Motion to Dismiss and the Court having considered the arguments of both parties, hereby enters the following Order.

1. The Plaintiff's claims for negligence and wantonness, separate and apart from any claim for fraud, fraudulent concealment or breach of contract, are hereby DISMISSED with prejudice.

2. The Plaintiff's remaining claims for fraud (negligent, reckless or intentional), fraudulent concealment and breach of contract shall remain pending and the Motion to Dismiss is DENIED as to these claims.

DONE and ORDERED this ___6___ day of ___January___, 2005.

_____
JACK W. MEIGS

cc: Ted L. Mann, Esq.
Mann, Cowan & Potter, P.C.
Suite 601
2000-B SouthBridge Parkway
Birmingham, AL 35209

James E. Fleenor, Jr., Esq./Harlan F. Winn, III, Esq./Michael J. Clemmer, Esq.
Battle, Fleenor, Green, Winn & Clemmer, LLP
505 N. 20th St., Ste. 1150
Birmingham, AL 35203

FILED IN OFFICE
PERRY COUNTY COURTS

JAN 1 1 2005

MARY COSBY MOORE
CIRCUIT CLERK



EXHIBIT A