IN THE CIRCUIT COURT OF PERRY COUNTY, ALABAMA

| | | |
|---|---|---|
| PHILIP R. DAVIS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-2004-108 |
| | ) | |
| AMERICAN MEDICAL SECURITY, | ) | |
| UNITED WISCONSIN LIFE | ) | |
| INSURANCE COMPANY, AMSOUTH | ) | |
| BANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

RECEIVED
JAN 10 2005

## ORDER

**THIS MATTER,** having come before the Court on the Defendants' Motion to Dismiss and the Court having considered the arguments of both parties, hereby enters the following Order.

1. The Plaintiff's claims for negligence and wantonness, separate and apart from any claim for fraud, fraudulent concealment or breach of contract, are hereby DISMISSED with prejudice.

2. The Plaintiff's remaining claims for fraud (negligent, reckless or intentional), fraudulent concealment and breach of contract shall remain pending and the Motion to Dismiss is DENIED as to these claims.

3. Amsouth Bank's Motion to Dismiss Plaintiff's claim for breach of fiduciary duty is DENIED.

DONE and ORDERED this 7th day of January, 2005.

_____
MARVIN W. WIGGINS

cc: Ted L. Mann, Esq.
Mann, Cowan & Potter, P.C.
Suite 601
2000-B SouthBridge Parkway
Birmingham, AL 35209

James E. Fleenor, Jr., Esq./Harlan F. Winn, III, Esq./Michael J. Clemmer, Esq.
Battle, Fleenor, Green, Winn & Clemmer, LLP
505 N. 20th St., Ste. 1150
Birmingham, AL 35203

FILED IN OFFICE
PERRY COUNTY COURTS
JAN 07 2005
MARY COSBY
CIRCUIT C



EXHIBIT B