J-H

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| VIVIAN GADSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED WISCONSIN LIFE INSURANCE COMPANY; AMERICAN MEDICAL SECURITY, INC.; and AMSOUTH BANK, et al.,<br><br>Defendants. | CIVIL ACTION NO.: CV-02-1601 |

FILED CIRCUIT COURT OF MONTGOMERY COUNTY
2004 MAR 11 PM 3:54

### STIPULATION OF SETTLEMENT AND COMPROMISE

Subject to the terms and conditions hereof, the individually named plaintiff Vivian Gadson (referred to herein as "plaintiff"), on behalf of herself and the class that she represents (as further defined herein), and the defendants United Wisconsin Life Insurance Company; American Medical Security, Inc.; Prescription for Good Health Trust and AmSouth Bank (hereinafter referred to collectively as "defendants"), by their attorneys of record, and in consideration of the covenants and agreements set forth herein, agree to the settlement of this action, subject to Court approval, upon the following terms and conditions, and do hereby stipulate and agree as follows:

### I. DEFINITIONS

A.  The term "Stipulation" shall mean this Stipulation of Settlement and Compromise duly executed by the attorneys of record for the plaintiffs and defendants.

B.  The term "Action" shall mean the above-styled civil action filed by plaintiff against defendants.

C.  The term "Class Period" shall mean that period of time during which the subject insurance has been in force in the states of Alabama and Georgia.

1207256

EXHIBIT C