IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| ROBERT BOWEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) CV 05-21 |
| AMERICAN MEDICAL SECURITY, INC., et al., | ) ) ) |
| Defendants. | ) ) ) |

### DEFENDANTS UNITED WISCONSIN LIFE INSURANCE COMPANY AND AMERICAN MEDICAL SECURITY, INC.'S MOTION TO DISMISS

Defendants American Medical Security, Inc. ("AMS") and United Wisconsin Life Insurance Company ("UWLIC") (collectively referred to hereinafter "Defendants"), pursuant to Rule 12(b)(6) of the *Alabama Rules of Civil Procedure*, respectfully request this Court to enter an Order dismissing Plaintiff's First Amended and Restated Complaint. In support of their motion, Defendants rely on the pleadings, Defendants' Motion to Dismiss filed on March 7, 2005, and Defendants Memorandum in Support of their Motion to Dismiss filed on March 7, 2005.

WHEREFORE, PREMISES CONSIDERED, Defendants UWLIC and AMS respectfully request this Court to enter an Order dismissing the Plaintiff's First Amended and Restated Complaint.

**ORAL ARGUMENT REQUESTED.**

Respectfully submitted,

_____
James E. Fleenor, Jr. (FLE-013)
Harlan F. Winn, III (WIN-023)
Michael J. Clemmer (CLE-029)
Attorneys for Defendants,
AMERICAN MEDICAL SECURITY, INC. AND
UNITED WISCONSIN LIFE INSURANCE CO.

**OF COUNSEL:**

**BATTLE FLEENOR GREEN
    WINN & CLEMMER LLP**
The Financial Center
505 North 20th Street
Suite 1150
Birmingham, Alabama 35203
Telephone: (205) 397-8160
Fax: (205) 397-8179
Email: jfleenor@bfgwc.com
       hwinn@bfgwc.com
       mclemmer@bfgwc.com

Ricky J. McKinney (MCK030)
**BURR & FORMAN LLP**
3100 SouthTrust Tower
420 20th Street North
Birmingham, AL 35203
Telephone: (205) 251-3000
Fax: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following counsel of record by placing same in the United States mail, postage prepaid, addressed as follows:

Ted L. Mann, Esq.
Mann, Cowan & Potter, P.C.
Suite 601
2000-B SouthBridge Parkway
Birmingham, AL 35209

on this the 3 day of May, 2005.

_____
OF COUNSEL