**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 31, 2005

# NOTICE OF CORRECTION

**To:**            Counsel of Record

**From:**          Clerk's Office

**Case Style**     **Robert Bowen vs American Medical Security, Inc., et al.**

**Case Number:**   3:05cv487

**Referenced Pleading**   Notice of Removal
                          Doc. # 1

**This Notice of Correction filed in the above reverenced case to reflect docketing error. Please disregard this entry as it was docketed without attachments.**