**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT BOWEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 3:05-cv-487-CSC |
| AMERICAN MEDICAL SECURITY, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO STAY**
**CONSIDERATION OF DEFENDANTS' MOTIONS TO DISMISS**
**PENDING CONSIDERATION OF PLAINTIFF'S MOTION TO REMAND**

COMES NOW the Plaintiff, Robert Bowen, and moves this Court for an order temporarily staying consideration of the Defendant AmSouth's Motion to Dismiss Second Amended and Restated Complaint and Defendants United Wisconsin Life Insurance Company and American Medical Security, Inc.'s Motion to Dismiss Second Amended and Restated Complaint on the following grounds:

1.     This action was filed on January 31, 2005, in the Circuit Court of Macon County, Alabama.

2.     This action was removed by the Defendants on May 23, 2005.

3.     The Plaintiff will file in the next seven days a Motion to Remand requesting this Court remand this action to the Circuit Court of Macon County on the grounds that this action was untimely removed, that complete diversity does not exist between the parties and that this Court lacks subject matter jurisdiction over this action.

4.     A stay of consideration of the Motions to Dismiss will not prejudice the

Defendants and would facilitate this Court's consideration of the threshold question of whether the

Court has jurisdiction or whether this action should be remanded pursuant to 28 U.S.C. § 1446(b).

Respectfully submitted,

s/Ted L. Mann
Ted L. Mann
AL State Bar No.: ASB-2219-N36T
Attorney for Plaintiff, Robert Bowen
Mann, Cowan & Potter, P.C.
2000-B SouthBridge Pkwy., Ste. 601
Birmingham, AL 35209
Phone: (205) 879-9661
Fax: (205) 879-9663
E-mail: ted@mcplaw.com

I hereby certify that on June 7, 2005, I electronically filed the foregoing with the Clerk
of the Court using the CM/ECF system which will send notification of such filing to the following:

Keith Thomas, Esq.
P. O. Box 830899
Tuskegee, AL  36083

James E. Fleenor, Jr., Esq.
Harlan F. Winn, III, Esq.
Michael J. Clemmer, Esq.
Battle, Fleenor, Green, Winn & Clemmer, LLP
Financial Center, Ste. 1150
505 N. 20th St.
Birmingham, AL 35203

Ricky J. McKinney, Esq.
D. Brian O'Dell, Esq.
Christian W. Hancock, Esq.
Burr & Forman, LLP
3100 SouthTrust Tower
420 N. 20th St.
Birmingham, AL 35203

I hereby certify that I have mailed by U. S. Postal Service the document to the

following non-CM/ECF participants:

       Fred D. Gray, Jr., Esq.
       Stanley F. Gray, Esq.
       Gray, Langford, Sapp
       P.O. Box 830239
       Tuskegee, AL 36083

Respectfully submitted,

s/Ted L. Mann
Ted L. Mann
Mann, Cowan & Potter, P.C.
2000-B SouthBridge Pkwy., Ste. 601
Birmingham, AL 35209
Phone: (205) 879-9661
Fax: (205) 879-9663
E-mail: ted@mcplaw.com
AL State Bar No.: ASB-2219-N36T