**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                     TELEPHONE (334) 954-3600

June 8, 2005

# NOTICE OF ERROR

**From:**              Clerk's Office

**Case Style**         Robert Bowen vs. American Medical Security, Inc.,et al.
                       Civil Action No.   3:05-cv-00487-CSC

**Referenced Pleading**   Motion to Stay
                          Document #8

```
This Notice of Correction filed in the above referenced case to attach
corrected PDF.
```