# GROUP INSURANCE POLICY

| | |
|---|---|
| Master Policy Number: | AB 2000 |
| Policyholder: | PRESCRIPTION FOR GOOD HEALTH TRUST |
| Policy Situs: | Birmingham, Alabama |
| Effective Date: | July 1, 1997 |
| Anniversary Date: | July 1, 1998 and July 1 of each succeeding calendar year |

United Wisconsin Life Insurance Company, Green Bay, Wisconsin, agrees to all terms and provisions of the Policy, to pay benefits as described in the Policy.

The Policy is non-participating and is not entitled to share in the surplus earnings of the Insurance Company.

The Policy is issued in consideration of the Application for Group Insurance Policy, a copy of which is attached to and made part of the Policy, and for payment of premiums as required under the Policy for the benefits being provided to Insured Persons.

The Policy provides group accident and sickness insurance, term life insurance for insured Participants and insured Dependents, and accidental death and dismemberment and weekly loss of income insurance for the insured Participants.

The Policy is subject to the laws of the jurisdiction where the Policy is issued, shown in the Policy Situs above.

The Policy and the insurance it provides become effective at 12:01 A.M. Standard Time on the Policy Effective Date shown above. The Policy and the insurance terminate at 12:01 A.M. Standard Time on the date of termination.

The provisions stated above and in the pages that follow are considered as part of the entire Policy.

By:

UNITED WISCONSIN LIFE INSURANCE COMPANY

*Sam Mills*

President

PO-0001-00-1-AB 7/97

1


EXHIBIT D

# POLICY PROVISIONS

The Participant Certificate of group insurance is hereby attached to and is made part of the Policy. All provisions in the certificate shall hereby apply to the Policy. Hereinafter, the term "certificate" in such attachment shall also mean "Policy," wherever exchange of the words is appropriate.

Amounts of insurance provided by the Policy are available only on a basis which precludes individual selection.

## DEFINITIONS
The following words are used only in the Policy:

PARTICIPATING means a person who has been approved by the Trustee to participate in the Trust. Approval is indicated in the Trustee's acceptance of the Participant's properly executed group insurance application and by Our written approval of the application. Participation under the Policy is subject to these Policy provisions.

A Participant is eligible to be covered by the Policy when such Participant has been approved for coverage under the Policy in writing by both the Policyholder and by Us.

TRUST means the Prescription For Good Health Trust, the designated Trustee of which has been issued the Policy.

TRUSTEE means the Policyholder as shown on the cover page of the Policy. We are named as administrator for the Trustee, to perform administrative functions for the Trustee in its capacity as the Policyholder.

## MINIMUM PARTICIPATION REQUIREMENTS
We require that 100% of all eligible Participants be insured for Term Life Insurance and Accidental Death and Dismemberment Insurance, and for Loss of Income Insurance if the benefit is provided.

The Participant shall furnish to Us information We require to administer the Policy and to determine total premiums due. All records of the Policyholder and Participant which have a bearing on the Insurance provided by the Policy shall be available for inspection by Us at any reasonable time while Insurance is in force. The records shall also be available to Us after insurance is terminated, until the earlier of three years after the termination date or until final adjustment and settlement of all claims is made.

We reserve the right to waive or change any of the above participation requirements at any time.

## REQUIREMENTS FOR PARTICIPANT AND DEPENDENT INSURANCE
We require evidence of insurability for the Participant and for each Dependent to be insured by the Policy. Insurance is in effect for any Insured Person on the date We specify, after Our approval of the Person's evidence of insurability. Such requirements will be based on Our underwriting procedures on a non-discriminatory basis.

We will permit the Participant's effective date for insurance under the Policy to be either Immediate on the date such Person's application and evidence of insurability are accepted by Us, or delayed to the first of the months following such date. The Participant may elect one or the other type of effective date in the Participant group insurance application, subject to Our approval

The same type of date shall apply to the Insured Person's termination date for that Participant.

PO-0001-00-1-AB 7/97

2

## TERMINATION OF THE PARTICIPANT
The Participant may cancel:

1. One or more types of insurance benefits under the Policy that are offered as an option to the Participant; or

2. All insurance benefits under the Policy;

For items 1. and above, termination is not effective until We are notified by the Participant and We give written consent.

For item 2. above, the Participant must provide Us with a minimum of 31 days advance written notice before the requested cancellation date.

We may cancel the Participant from the Policy on the following grounds:

1. Premium is not paid by the Participant according to the terms of the Policy;

2. The Participant performs an act or practice that constitutes fraud, or makes an intentional misrepresentation of material fact under the terms of coverage;

3. We do not renew all individual plans with the same type and level of benefits in the Participant's state, provided We give the participant at least 90 days advance written notice, and offer the Participant the option to buy any other individual coverage that We currently offer in that state;

4. The Participant no longer resides, lives, or works in the network service area, if they are covered by a network plan, or

5. For coverage made available to a bona fide association if membership in the association ceases, but only if the coverage is terminated uniformly without regard to any health status-related factor.

*For items 1. to 2. above, We will give the Participant a minimum of 31 days advance written notice before the termination date. For items 3. and 4. above, We will give the Participant a minimum of 10 days advance written notice before the termination date. Our cancellation of a Participant will not prejudice a valid claim that exists on the termination date..*

When the Participant is terminated from the Policy, the Participant is solely responsible to notify his or her Dependents of the termination.

## TERMINATION OF THE POLICY
The Policyholder may terminate the Policy or any Policy provision by giving Us a minimum of 31 days advance written notice subject to Our consent. The termination date must be mutually agreed upon between the Policyholder and Us.

We may terminate the Policy or any Policy provision by giving the Policyholder a minimum of 31 days advance written notice.

Upon Policy termination by the Policyholder or Us, We are responsible to notify Insured Persons of the termination.

PO-0001-00-1-AB 7/97



September 13, 2000

Filing Airborne Express
Second Day Delivery

Mr. Tim Wilkerson
Vice President and Trust Officer
AmSouth Bank
1901 6th Ave. 4th Floor
Birmingham, AL 35203

Re:   Forms
      PO-0001-00-1-00 7/97        Master Policy for Multiple Employer Trust (MET)
      PO-0001-00-1-SG 7/97        Master Policy for Small Groups
      PO-0001-00-1-AB 7/97        Master Policy for Discretionary Trust

      Account #              Description
      70-6093-01-0           American Medical Security Trust - Agricultural
      70-6093-03-6           American Medical Security Trust - Construction
      70-6093-02-8           American Medical Security Trust - Communications
      70-6093-04-4           American Medical Security Trust - Finance
      70-6093-05-1           American Medical Security Trust - Insurance
      70-6093-06-9           American Medical Security Trust - Manufacturing
      70-6093-07-7           American Medical Security Trust - Public Service
      70-6093-08-5           American Medical Security Trust - Real Estate
      70-6093-09-3           American Medical Security Trust - Retail
      70-6093-10-1           American Medical Security Trust - Service
      70-6093-11-9           American Medical Security Trust - Transportation
      70-6093-12-7           American Medical Security Trust - Wholesale

      70-6199-00-7           Prescription For Good Health Trust

Dear Mr. Wilkerson:

I am submitting the enclosed policies to replace those currently issued to the above named trusts.

The effective date of the enclosed policies is July 1, 1997. These policies are issued as wrap-arounds, incorporating all certificates, applications and riders. We request that all applicable forms that have been issued to the trust since July 1, 1997, may be used under these policies.

PO-0001-00-1-00 7/97 replaces PO-0001-00-1-00 9/88 - American Medical Security Trust
      There is a policy for each industry as listed above.
PO-0001-00-1-SG 7/97 replaces PO-0001-00-1-SG 1/93 - American Medical Security Trust
      There is a policy for each industry as listed above.
PO-0001-00-1-AB 7/97 replaces PO-0001-00-1-AB 10/91 - Prescription for Good Health Trust

AmSouth Bank
September 13, 2000
Page 2 of 2

I'm enclosing two copies of each policy, along with the corresponding Application for Group Insurance Policy. Please sign and date the applications, keep one copy for your records and return the other signed copy to my attention.

Thank you.

Sincerely,

Amy Boyce
Paralegal
800-232-5432 ext. 13285
E-mail "amy.boyce@amschoices.com"

enclosures