

SCHEDULE OF FEES

FOR

GROUP INSURANCE TRUST ARRANGEMENTS

<u>One time set up fees:</u>

        Acceptance of Trust        $250.00

<u>Annual fees, payable in advance on anniversary date:</u>

        Base trustee fee        $1,000.00

        Per industry sub-account        $100.00

        Per group policy owned        $25.00

<u>ansaction fees:</u>

        Acceptance of new policy        $75.00

        Amendment to existing policy        $25.00

        Per execution of joinder agreement $5.00



Form 600498