*Working for America's Workforce*

Department of Labor questions regarding "THE PRESCRIPTION FOR GOOD HEALTH TRUST" (Trust):

1. Is this a fully insured Plan?

2. If yes, who is the insurer?

3. If no, what type of benefit arrangement is this?

4. Are claims being paid?

5. Is the trust behind in paying claims?

6. Are legitimate claims being denied?

7. Are premiums different for participants on COBRA?

8. Have premiums increased for all participants?

9. What is the general amount of the increase?

10. Can premiums be changed more often than annually?

11. Is AmSouth a custodian trustee or a discretionary trustee?

12. What exactly is the bank's duties with regard to the Trust?

13. Who determines the premium amount?

14. Who determines if premiums are to be raised?

15. Is membership in this Trust sold to other than Nursing Homes?

16. Please provide the name and telephone number of a contact person at AmSouth Bank.

*[handwritten: 10/13/98 TC Tommy Moore w/DOL gave him Pat Schauer's #]*

EXHIBIT F

**AmSouth Bank**

AmSouth Bank

# Facsimile

To: Dale Hebert
@Fax: 205-581-7390
From: Jutta (Judy) Walters
Date: Tuesday, October 13, 1998 @ 10:53 AM
Re: Prescription for Good Health Trust
Pages: 3, including this

MESSAGE:

HERE IS THE FAX FROM MR. MOORE AT THE US DEPARTMENT OF LABOR IN ATLANTA. I CALLED AND LEFT A MESSAGE ON HIS VOICE MAIL GIVING HIM YOUR NAME AND PHONE NUMBER.

THANK YOU.

**U.S. Department of Labor**  Pension and Welfare Benefits Administration
100 Alabama Street NW
Atlanta, Georgia 30303



## REGIONAL OFFICE FACSIMILE TRANSMITTAL SHEET

Date: 10/13/98     No. of Pages (including cover sheet): ___

DELIVER TO:

Name: Judy Walters     Voice No. _____

Organization: AmSouth Trust Dept    FAX No. 334-240-1235

FROM:

Name: Tony Moore     Voice No. 404/562-2156

US Dept of Labor (PWBA)    FAX No. 404/562-2169

SUBJECT/COMMENTS:

Attached are our questions regarding the "Prescription for Good Health Trust", per your request.

MAIL ORIGINAL: Yes ___ No. ✓

70-6199-00-7

AmSouth Bank
Employee Benefit Department
Post Office Box 830859
Birmingham, Alabama 35283-0859
(205) 326-5422

# AmSouth

Direct Dial:(205)326-5423

July 15, 1998

Mr. Michael Chionopoulos
Abowitz, Rhodes & Dahnke, P.C.
15 N. Robinson, Suite 1000
Oklahoma City, OK 73013

Re:   Prescription for Good Health Group Insurance Trust
      #70-6199-00-7
      Smoot Case

Dear Mike:

I previously faxed you a copy of the trust agreement and an amendment to the trust agreement for the above trust. Correspondence, policies and amendments in this trust consist of approximately 300 pages.

If you have any questions, please contact me at 1-800-284-4100, extension 5423.

Very truly yours,

(Ms.) Dale M. Hebert
Vice President


cc:   Jim Pruett

```
BANK: 01            ** INVESTMENT LIST OF ASSETS **         08:05 07/15/98
TRAN ACCOUNT     TYPE
THGL 706199007
TITLE: PRESCRIPTION FOR GOOD HEALTH TRUST      ACCOUNT TYPE: GROUP INSURANCE
ADMINISTRATIVE OFFICER: HEBERT, DALE M.   INVESTMENT OFFICER: NPM
SECURITY DESCRIPTION                   SECURITY REG    UNITS HELD    PRICE DATE
                                         CARRY VALUE             MARKET VALUE

UNITED WISCONSIN LIFE INS CO GROUP      SM0307514 27         1.000   00/00/00
INS POLICY MASTER POLICY NO AB 2000             1.00                    1.00
                                        INVESTED INCOME:                 .000

VIRGINIA STATE SPECIFIC RIDER           SM0316358 27         1.000   00/00/00
(BONE MARROW TRANSPLANTS)                       1.00                    1.00
NO. RD-0190-21-00 12/94                 INVESTED INCOME:                 .000

3 AMENDMENTS TO POLICY AB 2000          SM0349920 26         1.000   00/00/00
(7/22/96)                                       1.00                    1.00
                                        INVESTED INCOME:                 .000

AMENDMENT TO POLICY AB 2000             SM0356941 26         1.000   00/00/00
(PO-0054-00-1-00 5/96) (3/24/97)                1.00                    1.00
                                        INVESTED INCOME:                 .000


PRESS DOWN FOR NEXT PAGE
PRESS CLEAR OR CANCEL KEY FOR MENU
```

```
TRAN ACCOUNT      TYPE
THGL 706199007
TITLE: PRESCRIPTION FOR GOOD HEALTH TRUST        ACCOUNT TYPE: GROUP INSURANCE
ADMINISTRATIVE OFFICER: HEBERT, DALE M.  INVESTMENT OFFICER: NPM
SECURITY DESCRIPTION                    SECURITY REG    UNITS HELD        PRICE DAT
                                           CARRY VALUE            MARKET VALUE
AMENDMENT TO POLICY AB 2000             SM0362766 26          1.000   00/00/0
(9/5/97)                                         1.00                   1.00
                                        INVESTED INCOME:                 .000
        ** TOTAL SUNDRY & MISC **                5.00                 5.0000
**  TOTAL ASSETS FOR THIS ACCOUNT                5.00                 5.0000




  *** END OF ACCOUNT
PRESS CLEAR OR CANCEL KEY FOR MENU
```