IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT BOWEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 3:05-cv-487-CSC |
| AMERICAN MEDICAL SECURITY, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S EVIDENTIARY SUBMISSION**

COMES NOW the Plaintiff, Robert Bowen, and files this Evidentiary Submission and identifies the following documents in support of Plaintiff's Brief in Support of Motion to Remand.

A. *Curtis Davis v. AMS* - Notice of Removal.

B. *Hicks v. United Wisconsin* - Order and Report and Recommendation.

C. Deposition testimony of Barbara Watson.

D. Various orders regarding dismissal of AmSouth Bank

              s/Ted L. Mann
              Ted L. Mann
              AL State Bar No.: ASB-2219-N36T
              Attorney for Plaintiff, Robert Bowen
              Mann, Cowan & Potter, P.C.
              2000-B SouthBridge Pkwy., Ste. 601
              Birmingham, AL 35209
              Phone: (205) 879-9661
              Fax: (205) 879-9663
              E-mail: ted@mcplaw.com

**CERTIFICATE OF SERVICE**

 I hereby certify that on June 9, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 Keith Thomas, Esq.
 P. O. Box 830899
 Tuskegee, AL  36083

 James E. Fleenor, Jr., Esq.
 Harlan F. Winn, III, Esq.
 Michael J. Clemmer, Esq.
 Battle, Fleenor, Green, Winn & Clemmer, LLP
 Financial Center, Ste. 1150
 505 N. 20th St.
 Birmingham, AL 35203

 Ricky J. McKinney, Esq.
 D. Brian O'Dell, Esq.
 Christian W. Hancock, Esq.
 Burr & Forman, LLP
 3100 SouthTrust Tower
 420 N. 20th St.
 Birmingham, AL 35203

 I hereby certify that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:

 Fred D. Gray, Jr., Esq.
 Stanley F. Gray, Esq.
 Gray, Langford, Sapp
 P.O. Box 830239
 Tuskegee, AL 36083

Respectfully submitted,

s/Ted L. Mann
Ted L. Mann
Mann, Cowan & Potter, P.C.
2000-B SouthBridge Pkwy., Ste. 601
Birmingham, AL 35209
Phone: (205) 879-9661
Fax: (205) 879-9663
E-mail: ted@mcplaw.com
AL State Bar No.: ASB-2219-N36T