**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **ROBERT BOWEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) **CIVIL ACTION NO.** |
| | ) **3:2005cv00487-CSC** |
| **AMERICAN MEDICAL SECURITY, INC.,** | ) |
| **et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

**AMSOUTH'S RENEWED MOTION TO STRIKE JURY DEMAND**

COMES NOW Defendant AmSouth Bank ("AmSouth") and moves this Court to enter an Order striking Plaintiff's jury demand as to the claims made against it in Plaintiff's Second Amended and Restated Complaint. In support of its Motion, AmSouth relies on the pleadings as well as the arguments contained in its Motion to Strike Jury Demand filed on March 7, 2005.

WHEREFORE, PREMISES CONSIDERED, Defendant AmSouth Bank respectfully requests that this Court enter an order striking plaintiff's jury demand as to the claims made against it in Plaintiff's Second Amended and Restated Complaint.

**ORAL ARGUMENT IS REQUESTED.**

Respectfully submitted,

/s / Michael J. Clemmer
James E. Fleenor, Jr. (FLE013)
Harlan F. Winn, III (WIN023)
Michael J. Clemmer (MJC029)
Attorneys for Defendant AmSouth Bank

1

**OF COUNSEL:**

**BATTLE FLEENOR GREEN
  WINN & CLEMMER LLP**
The Financial Center
505 North 20th Street
Suite 1150
Birmingham, Alabama 35203
Telephone: (205) 397-8160
Fax: (205) 397-8179
Email: jfleenor@bfgwc.com
       hwinn@bfgwc.com
       mclemmer@bfgwc.com

Ricky J. McKinney (MCK030)
**BURR & FORMAN LLP**
3100 SouthTrust Tower
420 20th Street North
Birmingham, AL 35203
Telephone:  (205) 251-3000
Fax:  (205) 458-5100

Fred D. Gray
Gray, Langford, Sapp, McGowan, Gray & Nathanson
PO Box 830239
Tuskeegee, AL 36083-0239

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing has been served on the following counsel of record by electronically filing with the Clerk of the Court using the CM/ECF system:

> Ted L. Mann, Esq.
> Mann, Cowan & Potter, P.C.
> Suite 601
> 2000-B SouthBridge Parkway
> Birmingham, Alabama 35209

on this the 17th day of June, 2005.

                                                 /s / Michael J. Clemmer_____
                                                 OF COUNSEL