IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT BOWEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05CV487-C |
| | ) |
| AMERICAN MEDICAL | ) |
| SECURITY, INC., *et al*, | ) |
| | ) |
| Defendants. | ) |

**SHOW CAUSE ORDER**

On May 23, 2005, the defendants removed this case from the Circuit Court of Macon County. Pending before the court are the following motions: United Wisconsin Life Insurance Company's motion to quash, motion for protective order, motion to dismiss, motion to dismiss first amended complaint, (doc. # 2) and motion to dismiss second amended and restated complaint (doc. # 6); defendant Amsouth's motion to dismiss, motion to strike jury demand, motion to dismiss first amended complaint, (doc. # 2), motion to dismiss second amended and restated complaint (doc. # 5), and motion to strike jury demand (renewed) (doc. # 14); and plaintiff's motion to compel deposition testimony, motion to compel answers to interrogatories (doc. # 2), motion to stay (doc. # 8), and motion to remand (doc. # 10). Needless to say, the resolution of the plaintiff's motion to remand will determine the course of this litigation. Consequently, the court concludes that it should resolve the motion to remand prior to addressing any of the other pending motions.

Accordingly, it is

ORDERED that on or before July 14, 2005, the opposing parties shall show cause why the motion to remand should not be granted. It is further

ORDERED that all other motions be and are hereby STAYED pending resolution of the motion to remand.

Previously, the parties were notified of the assignment of this case to a Magistrate Judge and the right to request reassignment. *See* Attached Explanation. The parties have indicated their consent to a Magistrate Judge's jurisdiction, *see* 28 U.S.C. § 636(c), by not requesting reassignment; therefore, as indicated in the notice of assignment, the parties should now confirm their consent in writing. Accordingly, counsel for the parties are

DIRECTED to complete and send to the Clerk of the Court either the attached form consenting to Magistrate Judge jurisdiction or the form requesting reassignment to a District Judge so that the form is received by the Clerk on or before **July 12, 2005.**

Done this 27th day of June, 2005.

          /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT BOWEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  3:05CV487-C |
| | ) |
| AMERICAN MEDICAL | ) |
| SECURITY, INC., *et al*, | ) |
| | ) |
| Defendants. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____      _____
Date                                                Signature

                                              _____
                                              Counsel For (**print** name of all parties)

                                              _____
                                              Address, City, State Zip Code

                                              _____
                                              Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

**EXPLANATION OF ASSIGNMENT TO
UNITED STATES MAGISTRATE JUDGE**

This civil case has been randomly assigned to a United States Magistrate Judge of this court. In accordance with 28 U.S.C. § 636(c), the Magistrate Judges of this court are designated to conduct any and all proceedings in a jury or nonjury civil case and order the entry of final judgment upon the consent of all parties to a case. Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as any appeal from any judgment entered in this court.

Any party to this lawsuit has the right to consent or decline consent to the jurisdiction of a Magistrate Judge. To exercise your right to consent you should complete the consent form and return it to the Clerk of the Court as indicated in the court's order. **Litigants, without concern for any adverse consequences, freely may decline consent to the jurisdiction of a Magistrate Judge.** If you decline consent to the jurisdiction of a Magistrate Judge, this case will be reassigned randomly to a District Judge.