IN THE UNITED STATED OF DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT BOWEN | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 3:05CV487-CSC |
| AMERICAN MEDICAL SECURITY, INC., et al | ) ) ) ) | |
| Defendant. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_June 22, 2005_                              _Christer W. Hancock_
Date                                          Signature

American Medical Security, Inc., United
Wisconsin Life Insurance Company, and
AmSouth Bank
Counsel For (print name of all parties)

Burr & Forman LLP
420 North 20th Street, Suite 3100
Birmingham, Alabama  35203

Address, City, State, Zip Code


(205) 251-3000
Telephone Number

PAGE 2/2 * RCVD AT 6/22/2005 3:53:08 PM [Central Daylight Time] * SVR:BHM-RIGHTFAX/14 * DNIS:5100 * CSID: * DURATION (mm-ss):00-32

TOTAL P.02