11/17/2004

**2400-3751**

**Robert Bowen**
**Actual Premium Increases 1995 to 1997**

| Change in: | 11/1/1995 | 11/1/1996 | Term'd 4/30/1997 5/1/1997 |
|---|---|---|---|
| Base Rate | 106.5238 | 1.0000 | 1.0000 |
| New Business | n/a | 1.2122 | 1.2122 |
| Case Char. | n/a | 1.0000 | 1.0000 |
| Health/Durational Factor | 0.8400 | 1.0117 | 1.0117 |
| Total Adjustment | n/a | 1.2264 | 1.2264 |
| Total Premium | 89.48 | 109.74 | 109.74 |
| Renewal practice | N/A | Tier-Cat1 | N/A |

SUBJECT TO ATTORNEY-CLIENT/WORK PRODUCT PRIVILEGES



EXHIBIT 2