11/17/2004

Insured: Anthony Stinson
Grp #: 2400-10636

This policy never went thru renewal. They were issued 2/1/97 at the new business rate. (They were not rated up at issue.) Their initial rate was $71.80, and terminated 4/30/97.

SUBJECT TO ATTORNEY-CLIENT/WORK PRODUCT PRIVILEGES



EXHIBIT 3